AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MATSCH, RICHARD P. | U.S. DISTRICT COURT, COLORADO | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ARTICLE III SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

BYRON WHITE COURTHOUSE
1823 STOUT STREET, COURTROOM A
DENVER, CO 80257

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MATSCH, RICHARD P.** | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MATSCH, RICHARD P.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Cash Account (X) | | None | L | T | | | | | |
| 2. Apple Inc. (X) | A | Dividend | L | T | | | | | |
| 3. Archer-Daniels-Midland Co. (X) | | None | J | T | | | | | |
| 4. Cisco Systems Inc. (X) | A | Dividend | L | T | | | | | |
| 5. Clorox Company (X) | | None | J | T | | | | | |
| 6. Intel Corp. (X) | A | Dividend | K | T | | | | | |
| 7. Lyondell Basell Industries (X) | A | Dividend | K | T | | | | | |
| 8. Oracle Corp. (X) | | None | K | T | | | | | |
| 9. Western Digital Corp. (X) | A | Dividend | K | T | | | | | |
| 10. Baron Select Funds Emerging Markets (X) | A | Dividend | K | T | | | | | |
| 11. Matthews Asia Growth Fund (X) | A | Dividend | K | T | | | | | |
| 12. | A | Distribution | | | | | | | |
| 13. Fidelity Investments Money Market Funds (X) | C | Dividend | O | T | | | | | |
| 14. Glenmede Small Cap Equity Fund (X) | A | Dividend | J | T | | | | | |
| 15. | B | Distribution | | | | | | | |
| 16. JP Morgan Treasury Securities (X) | B | Dividend | M | T | | | | | |
| 17. Prime Cash Obligations Fund | B | Dividend | | | Buy | 04/16/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 07/27/18 | M | A | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. Wells Fargo Cash Account (X) | | None | K | T | | | | | |
| 22. Time Warner Inc. | A | Interest | K | T | Buy | 09/06/18 | K | | |
| 23. Ebay Inc. | | None | K | T | Buy | 09/06/18 | K | | |
| 24. American Tower Corp. | A | Interest | K | T | Buy | 09/06/18 | K | | |
| 25. Vmware Inc. | | None | L | T | Buy | 09/06/18 | L | | |
| 26. JP Morgan Liquid Assets Class I | C | Dividend | M | T | Buy | 04/16/18 | N | | |
| 27. | | | | | Sold (part) | 09/06/18 | L | A | |
| 28. Goldman Sachs Financial Square Government Fund | A | Dividend | | | Sold | 09/06/18 | L | A | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Wells Fargo Cash Account (X) | A | Interest | K | T | | | | | |
| 32. Alphabet Inc. | | None | J | T | Buy | 10/31/18 | J | | |
| 33. Amgen Inc. | | None | J | T | Buy | 09/06/18 | J | | |
| 34. Apple Inc. | A | Dividend | J | T | Buy | 09/06/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Booz Allen Hamilton Holding Co. | | None | J | T | Buy | 09/06/18 | J | | |
| 36. Brunswick Corp. | | None | J | T | Buy | 09/06/18 | J | | |
| 37. | | | | | Buy | 10/31/18 | J | | |
| 38. CBS Corp. | | None | J | T | Buy | 09/06/18 | J | | |
| 39. Centene Corp. | | None | M | T | Buy | 09/06/18 | J | | |
| 40. Check Point Software Tech Ltd. | | None | J | T | Buy | 09/06/18 | J | | |
| 41. Cisco Systems Inc. (X) | | None | J | T | | | | | |
| 42. Costco Corp. | | None | J | T | Buy | 09/06/18 | J | | |
| 43. First Trust Dow Jones ETF | | None | J | T | Buy | 09/06/18 | J | | |
| 44. Home Depot Inc. | | None | J | T | Buy | 09/06/18 | K | | |
| 45. | | | | | Buy | 10/31/18 | J | | |
| 46. Icon PLC | | None | J | T | Buy | 09/06/18 | J | | |
| 47. Invesco TR II | B | Dividend | K | T | Buy | 09/06/18 | L | | |
| 48. Invesco TR II S&P Small Cap Comsumer Discretionary Fund | | None | J | T | Buy | 09/06/18 | K | | |
| 49. | | | | | Buy | 10/31/18 | J | | |
| 50. Invesco TR II S&P Small Cap Health Care Fund | | None | J | T | Buy | 09/06/18 | J | | |
| 51. Invesco TR II S&P Small Cap Information Technology Fund | | None | J | T | Buy | 09/06/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy | 10/31/18 | J | | |
| 53. Johnson & Johnson | | None | K | T | Buy | 09/06/18 | K | | |
| 54. | | | | | Sold<br>(part) | 10/31/18 | J | A | |
| 55. Medtronic PLC | | None | J | T | Buy | 09/06/18 | J | | |
| 56. Microsoft Corp. | | None | J | T | Buy | 09/06/18 | J | | |
| 57. Pfizer Incorporated | | None | J | T | Buy | 09/06/18 | J | | |
| 58. | | | | | Sold<br>(part) | 10/31/18 | J | A | |
| 59. United Technologies Corp. | | None | J | T | Buy | 09/06/18 | K | | |
| 60. Vanguard FTSE Pacific Fund | B | Dividend | L | T | Buy | 09/06/18 | L | | |
| 61. Vanguard FTSE Developed Markets Fund | B | Dividend | L | T | Buy | 09/06/18 | M | | |
| 62. | | | | | Buy | 10/31/18 | J | | |
| 63. Vanguard Index Fund | B | Dividend | M | T | Buy | 09/06/18 | M | | |
| 64. | | | | | Sold<br>(part) | 10/31/18 | J | A | |
| 65. Vanguard International Equity Fund | B | Dividend | M | T | Buy | 09/06/18 | M | | |
| 66. | | | | | Buy | 10/31/18 | J | | |
| 67. Vanguard Mid Cap Fund | B | Dividend | M | T | Buy | 09/06/18 | M | | |
| 68. | | | | | Buy | 10/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Small Cap Fund | A | Dividend | L | T | Buy | 09/06/18 | M | | |
| 70. | | | | | Buy | 10/31/18 | J | | |
| 71. Walgreens Boots Alliance Inc. | | None | J | T | Buy | 09/06/18 | J | | |
| 72. | | | | | Sold (part) | 10/31/18 | J | A | |
| 73. 3M Co. | | None | J | T | Buy | 09/06/18 | J | | |
| 74. Guggenheim Total Return Bond Fund | A | Dividend | K | T | Buy | 09/06/18 | K | | |
| 75. | | | | | Sold (part) | 10/31/18 | J | A | |
| 76. Fidelity New Market Income Class I (X) | D | Dividend | L | T | | | | | |
| 77. Oppenheimer Senior Floating Rate Fund | B | Dividend | K | T | Buy | 09/06/18 | K | | |
| 78. | | | | | Sold (part) | 09/05/18 | L | B | |
| 79. | | | | | Sold (part) | 10/31/18 | J | A | |
| 80. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy | 09/06/18 | K | | |
| 81. | | | | | Sold (part) | 10/31/18 | J | A | |
| 82. Vanguard Intermediate Term Bond Index Fund | A | Dividend | L | T | Buy | 09/06/18 | L | | |
| 83. | | | | | Sold (part) | 11/01/18 | J | A | |
| 84. Vanguard Short Term Bond Index Fund | | None | K | T | Buy | 09/06/18 | K | | |
| 85. | | | | | Sold (part) | 11/01/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Emerging Markets Fund (X) | B | Dividend | | | | | | | |
| 87. Fidelity Emerging Markets Income Class I | A | Dividend | | | Buy | 09/06/18 | L | | |
| 88. | | | | | Sold | 10/31/18 | J | A | |
| 89. Cardinal Health Inc. | | None | | | Sold | 09/04/18 | J | A | |
| 90. Causeway Emerging Markets Fund | | None | | | Sold | 09/05/18 | J | A | |
| 91. Goldman Sachs | D | Dividend | | | Buy | 04/16/18 | L | | |
| 92. | | | | | Sold | 09/05/18 | N | A | |
| 93. JP Morgan Treasury Securities Fund | C | Dividend | | | Sold (part) | 07/02/18 | M | A | |
| 94. | | | | | Sold | 09/05/18 | M | A | |
| 95. MetLife Inc. | | None | | | Sold | 07/18/18 | J | A | |
| 96. Neuberger Berman Equity | | None | | | Sold | 09/04/18 | J | A | |
| 97. Advisors Inner Circle Fund | | None | | | Sold | 09/04/18 | K | C | |
| 98. Alliant Energy Corp. | | None | | | Sold | 08/20/18 | J | D | |
| 99. British Ameren PLC | | None | | | Sold | 09/04/18 | J | A | |
| 100. Citi Group Inc. | | None | | | Sold | 07/18/18 | K | D | |
| 101. Doubleline Total Return Bond Fund | A | Dividend | | | Sold | 09/04/18 | M | A | |
| 102. Eaton Vance Global Macro Absolute Return Fund | A | Distribution | | | Sold | 09/04/18 | L | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MATSCH, RICHARD P. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. American Funds EuroPacific Growth Fund | | None | | | Sold | 09/04/18 | J | C | |
| 104. Federated High Yield Bond Fund | | None | | | Sold | 09/04/18 | J | A | |
| 105. Ford Motor Company | | None | | | Sold | 09/04/18 | J | A | |
| 106. Oakmark Global Fund | | None | | | Sold | 09/04/18 | J | B | |
| 107. ING Group | | None | | | Sold | 09/04/18 | J | B | |
| 108. Iowa Higher Education Municipal Fund | | None | | | Sold | 09/06/18 | J | A | |
| 109. Iowa State Rec Services Municipal Fund | | None | | | Sold | 09/06/18 | J | A | |
| 110. McKesson Corp. | | None | | | Sold | 09/04/18 | K | A | |
| 111. Neuberger Berman Equity | | None | | | Sold | 09/04/18 | J | A | |
| 112. Nuveen Small Cap Value Fund | | None | | | Sold | 09/04/18 | K | D | |
| 113. Nuveen Short Term Bond Fund | | None | | | Sold | 09/04/18 | K | A | |
| 114. Nuveen Preferred Securities & Income Fund | A | Dividend | | | Sold | 09/04/18 | L | A | |
| 115. Principal Funds Inc. | | None | | | Sold | 09/04/18 | J | A | |
| 116. Prudential Financial Inc. | | None | | | Sold | 07/18/18 | K | D | |
| 117. Boston Partners Research Fund | | None | | | Sold | 09/04/18 | K | D | |
| 118. Target Corp. | | None | | | Sold | 09/04/18 | K | D | |
| 119. Valero Energy Corp. | | None | | | Sold | 07/18/18 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MATSCH, RICHARD P.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Wells Fargo Cash Account (X) | G | None | | | | | | | |
| 121.  Scholars Choice College Savings Program 529 Account (X) | G | None | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MATSCH, RICHARD P.** | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **MATSCH, RICHARD P.** | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ RICHARD P. MATSCH**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544